John P. Aldrich (Nevada Bar No. 6877)
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 853-5490
Fax: (702) 227-1975

Jeffrey C. Block (*pro hac vice* forthcoming)
Jacob A. Walker (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY SMITH AND PAMELA DUVALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYSIGN, INC., MARK NEWCOMER, and MARK ATTINGER,<br><br>Defendants. | No. 2:20-cv-00631-JCM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Gary Smith and Pamela Duvall, by and through their undersigned counsel, hereby give notice that they voluntarily dismiss the above-captioned lawsuit against Defendants without prejudice and without costs to any party. No adverse party has served an answer or a motion for summary judgment.

A securities fraud action will continue under the consolidated docket *Shi v. Paysign, Inc., et al.*, No 2:20-cv-00553-GMN (D. Nev.). Mr. Smith and Ms. Duvall's voluntary dismissal is

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                    - 1 -
No. 2:20-cv-00631-JCM

without prejudice to their membership in the proposed class and shall have no impact on their ability to share in any recovery obtained for the benefit of class members.

DATED: May 21, 2020

Respectfully submitted,

/s/ John P. Aldrich
John P. Aldrich (Nevada Bar No. 6877)
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 853-5490
Fax: (702) 227-1975

*[Proposed] Local Counsel*

Jeffrey C. Block (*pro hac vice* forthcoming)
Jacob A. Walker (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
*Attorneys for [Proposed] Lead Plaintiffs Gary Smith and Pamela Duvall and [Proposed] Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that, on May 21, 2020, I caused this motion to be filed electronically, using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to counsel of record for all parties.

*/s/ John P. Aldrich*
John P. Aldrich